UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Erskine Hodge,                                    Civil No. 10-769 (RHK/JJG)

    Plaintiff,                                **ORDER**

vs.

Scott Fisher, Warden at FCI Sandstone, MN,

    Defendant.

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated: March 15, 2010

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge